# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKASH NGN,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS SCHUURMANS, et al.,<br><br>Defendants. | Case No. 1:26-cv-03936-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br><br>ORDER VACATING SEPTEMBER 1, 2026 INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

Plaintiff filed this action on May 21, 2026, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed in adjudicating his I-485 application. (ECF No. 1.) An initial scheduling conference is currently scheduled for September 1, 2026. (ECF No. 4.)

On July 27, 2026, the parties filed a stipulation for an extension of time for Defendants to answer. (ECF No. 9.) As relevant here, the parties proffer that "the agency has committed to reschedule the subject interview for a date within thirty (30) days from the date of this filing and to adjudicate the subject petition within one-hundred and twenty (120) days from the date of the interview, absent unforeseen circumstances." (Id. at pp. 1-2.) Thus, "[t]o allow the adjudicatory process to continue along this timeline, the parties hereby jointly stipulate to extend the current deadline for approximately one-hundred and fifty (150) days, to and including December 23, 2026."

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulation for an extension of time (ECF No. 9) is APPROVED;
2. Defendants shall have through **December 23, 2026**, to answer or otherwise respond to the complaint; and
3. In light of the foregoing, the Court VACATES the September 1, 2026 initial scheduling conference. Should Defendants answer or otherwise respond to the complaint, the Court will reset the conference at that time.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge